IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Gerome Fripp, ) | |
| ) | C.A. No.: 0:08-02444-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Cheryl Brunson; Sgt. Ladson, Dillon County ) | |
| Detention Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

No objections have been filed to the Report and Recommendation. The Report and Recommendation [docket #53] was mailed to the plaintiff on March 20, 2009. The mail was returned to the court on April 7, 2009 [docket #56] marked "NOT DELIVERABLE AS

1

ADDRESSED, UNABLE TO FORWARD." Plaintiff has not provided the court with an updated address as required by the Order of July 17, 2008 [docket #5], and, as a result, the court has no means of contacting him concerning his case. The plaintiff did provide a change of address to the court [docket #27] on October 27, 2008, but has not provided an updated one since that time. Plaintiff was warned and advised in the Order to keep the Clerk apprised of his current address and that a failure to do so may result in a dismissal of the case. Accordingly, this case is due to be dismissed pursuant to Fed. R.Civ. Proc. 41(b). Furthermore, in the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Gossett's Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that this action is **DISMISSED** with prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                      s/ R. Bryan Harwell
                                      R. Bryan Harwell
                                      United States District Judge

Florence, South Carolina
April 9, 2009